IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
KAREN LEE,                         )
                                   )
    Plaintiff,                     )
                                   )
                                   )   CIVIL ACTION NO.
    v.                             )     1:05cv869-MHT
                                   )        (WO)
EAST & ASSOCIATES, INC.,           )
CONTINENTAL AMERICAN               )
INSURANCE CO., NATIONAL            )
TRANSPORTATION ALLIANCE,           )
INC., AMERICAN GENERAL             )
FINANCIAL GROUP, US NOW,           )
L.P., and PAN-AMERICAN             )
LIFE INSURANCE COMPANY,            )
                                   )
    Defendants.                    )
```

JUDGMENT

Pursuant to the stipulation for dismissal (doc. no. 31), it is the ORDER, JUDGMENT, and DECREE of the court that all claims and counterclaims between plaintiff Karen Lee and defendant Pan-American Life Insurance Company are dismiss with prejudice, with the parties to bear their own costs.

It is further ORDERED that Pan-American Life

Insurance Company's motions to strike (doc. nos. 29 & 30) are denied as moot.

The court understands that the claims against the remaining defendants are still pending.

DONE, this the 13th day of March, 2006.

                          /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**