IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
KAREN LEE,                         )
                                   )
    Plaintiff,                     )
                                   )       CIVIL ACTION NO.
    v.                             )         1:05cv869-MHT
                                   )             (WO)
EAST & ASSOCIATES, INC.,           )
et al.,                            )
                                   )
    Defendants.                    )
```

ORDER

Plaintiff Karen Lee initially filed this lawsuit in state court charging six corporate defendants with state-law claims for breach of contract and bad faith in connection with a contested life insurance policy allegedly held by her husband, now deceased. Pursuant to 28 U.S.C. § 1441, defendant American General Assurance Company removed this lawsuit from state to federal court, alleging that Lee had pled claims arising under and relating to the Employee Retirement Income Security Act

of 1974, and asserting jurisdiction under 28 U.S.C. § 1331 and 29 U.S.C. § 1132(e)(1).

This matter is now before the court on Lee's motion to remand. Lee originally sought remand after voluntarily dismissing American General as a defendant, when no other defendant had joined American General's notice of removal. However, defendant Pan-American Life Insurance Company subsequently joined American General's removal of this case to federal court. Later, pursuant to a stipulation of dismissal, Pan-American was also dismissed.

A federal court may hear a case only if it is authorized to do so by federal law, Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 377 (1994), and the party seeking removal has the burden of establishing it. Burns v. Windsor Ins. Co., 31 F.3d 1092, 1095 (11th Cir. 1994). Because Lee and the remaining defendants that have entered appearances (East & Associates, Inc., Continental American Insurance, Inc., and US Now, L.P.)

have now orally agreed to remand, Lee's motion to remand will be granted.

Accordingly, it is the ORDER, JUDGMENT and DECREE of the court that plaintiff Karen Lee's motion to remand (Doc. No. 4) is granted and, pursuant to 28 U.S.C. § 1447(c), this cause is remanded to the Circuit Court of Houston County, Alabama.

All other pending motions are left for disposition by the state court after remand.

The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

DONE this the 13th day of March, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE